# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00650-CV

**Ronald Sharp, II and Sandra Sharp, Appellants**

**v.**

**Jennifer Sharp, Appellee**

### FROM COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
### NO. 22CCV00961, THE HONORABLE JEANNE PARKER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants' brief was originally due on January 9, 2023. On January 26, 2023, this Court sent a notice to appellants informing them that their brief was overdue and that a failure to file a satisfactory response by February 6, 2023, would result in the dismissal of their appeal for want of prosecution. To date, appellants have not filed a brief or a motion for extension of time. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Thomas J. Baker, Justice

Before Justices Baker, Kelly, Smith

Dismissed for Want of Prosecution

Filed: February 23, 2023